UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOUGLAS REITMEYER,

                Plaintiff,

-against-

KEN ST. CLAIR, et al.,

                Defendants.

21 Civ. 7172 (LGS)

ORDER OF SERVICE

---

LORNA G. SCHOFIELD, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants Ken St. Clair, Cincinnati Insurance Company, Efrain Jiminez, Jr., Michael Giannattasio and KSC Federal Contractors, LLC. Plaintiff is directed to serve a summons and the complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:  September 13, 2021
           New York, New York

                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE