UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
DOUGLAS REITMEYER,
                            Plaintiff,

                        21 Civ. 7172 (LGS)

         -against-

                        ORDER

KEN ST. CLAIR, et al.,
                           Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order at Dkt. No. 13 directed the parties who have appeared in this action to (1) file a joint status letter and proposed case management plan no later than November 9, 2021, at noon, if the parties who have appeared have been in communication with the parties who have not appeared or (2) file a status letter regarding efforts to serve the parties who have not appeared;

    WHEREAS, pro se Plaintiff filed a proposed case management plan.  It is hereby

    **ORDERED** that Defendants Ken St. Clair, KSC Federal Contractors, LLC and Cincinnati Insurance Company shall file a letter by **November 12, 2021**, explaining (1) whether they have been in touch with Defendants-Cross Defendants Michael Giannasttasio and Efrain Jiminez, Jr., (2) any efforts to serve Defendants-Cross Defendants Michael Giannasttasio and Efrain Jiminez, Jr., and (3) their efforts to cooperate with Plaintiff.  It is further

    **ORDERED** that the initial pretrial conference currently scheduled for November 18, 2021, at 10:50 a.m. is rescheduled for **November 18, 2021, at 11:45 a.m.**

    The Clerk of Court is respectfully directed to mail this Order to pro se Plaintiff.

Dated: November 9, 2021
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE