UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOUGLAS REITMEYER,

                      Plaintiff,

           -against-

KEN ST. CLAIR, et al.,

                     Defendants.
------------------------------------------------------------X

21 Civ. 7172 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, this case has been referred to Magistrate Judge Stewart D. Aaron for General Pre-Trial.  It is hereby

      **ORDERED** that the initial conference scheduled for November 18, 2021, is **ADJOURNED** sine die.

      The Clerk of Court is respectfully directed to mail this order to pro se Plaintiff.

Dated: November 16, 2021
       New York, New York

                                                        LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE