UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Douglas Reitmeyer,<br><br>                    Plaintiff,<br><br>          -against-<br><br>Ken St. Clair et al.,<br><br>                    Defendants. | 1:21-cv-07172 (LGS) (SDA)<br><br>ORDER FOR<br>TELEPHONE CONFERENCE |

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Monday, November 29, 2021, at 2:30 p.m. EST to discuss the status of this action and possible resolution thereof. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
              November 17, 2021

_____
STEWART D. AARON
United States Magistrate Judge