UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Douglas Reitmeyer,

                            Plaintiff,

      -against-

Ken St. Clair et al.,

                           Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2021

1:21-cv-07172 (LGS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties this afternoon, the Court hereby Orders, as follows:

1. The deadline for amended pleadings is December 31, 2021.

2. The deadline for completion of fact discovery is June 30, 2022.

3. The deadline for the completion of all discovery, including any expert discovery, is August 1, 2022.

4. The Court will grant extensions of the above deadlines for good cause shown.

5. On March 31, 2022, the parties shall file a joint status letter advising the Court as to the status of the case.

The *pro se* Plaintiff and the two *pro se* Defendants are reminded that there is a legal clinic in this District to assist individual parties in civil cases who do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court. The Clinic is open on weekdays from 10:00 a.m. to 4:00 p.m., except on days when the Court is closed. Due to COVID-19, the Clinic currently is providing assistance only by

appointment and only over the telephone. An unrepresented party can make an appointment by filling out the intake form on the Court's website, *see* https://nysd.uscourts.gov/attorney/legal-assistance, or by calling 212- 659-6190 and leaving a message.

The Clerk of Court is respectfully directed to mail copies of this Order to the *pro se* Plaintiff and to the two *pro se* Defendants.

**SO ORDERED.**

DATED:        New York, New York
              November 29, 2021

                                              _____
                                              STEWART D. AARON
                                              United States Magistrate Judge